**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES**

| | |
|---|---|
| YUJIN ROBOT CO., Ltd., a South Korea corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SYNET ELECTRONICS INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-CV-06237-SJO-AS<br><br>**PRELIMINARY INJUNCTION ORDER [44]** |

**PRELIMINARY INJUNCTION**

Pursuant to the stipulation filed by the parties, the Court hereby ORDERS DEFENDANT SYNET ELECTRONICS, INC:

1. SYNET ELECTRONICS, INC. will disable any website containing the domain name "iclebo" including but not limited to <www.iclebousa.com> and <http://iclebousa.myshopify.com.> and the aforementioned websites will remain disabled during the pendency of this instant action without waiving any of its rights including claim reimbursement and possession.

2. SYNET ELECTRONICS, INC. will not transfer any or assign any of its alleged rights and ownership of the domain name www.iclebousa.com to any third party during the pendency

1

**[PROPOSED] PRELIMINARY INJUNCTION ORDER PURSUANT TO STIPULATION**

of this instant action.

3. SYNET ELECTRONICS, INC. will not allow any of third party to use or operate the www.iclebousa.com website during the pendency of this instant action.

4. SYNET ELECTRONICS, INC., its affiliated or related corporations or entities, their officers, directors, agents, servants, and employees, and all those persons in active concert or participation with them are hereby enjoined permanently from using the mark and trade name "iCLEBO," or "iCLEBO usa" or any mark or trade name similar thereto or likely to cause confusion, mistake, or deception therewith, in the sale distribution, or advertising of iCLEBO robots or similar merchandise or services and are enjoined specifically from the following acts:

a. Operating or doing business under the name of "iCLEBO USA" or "iCLEBO USA (SYNET)"

b. Operating or doing business under any name or in any manner that might tend to give the general public the impression, that defendant or any business of defendant is in any way connected or affiliated with YUJIN ROBOT CO., LTD., or that defendant is or was authorized to use the iCLEBO mark or name in any respect;

c. Using any marks, name, symbol, sign or indicia, including but not limited to the YUJIN ROBOT CO. LTD'S "iCLEBO," or making any statement which suggests or tends to suggest that defendant or any business of defendant is or was in any way connected with or part of the YUJIN ROBOT CO. LTD or its affiliates;

d. Using or adopting any YUJIN ROBOT CO. LTD'S confidential and/or proprietary business information;

e. Using or adopting any, invoices, guarantees, inspection reports, or other paper or other objects on which any iCLEBO name or service mark is imprinted;

**[PROPOSED] PRELIMINARY INJUNCTION ORDER PURSUANT TO STIPULATION**

1  g. Making any statements or representations concerning the origin or sponsorship of
2  defendant's goods or services or concerning defendant's relationship with YUJIN
3  ROBOT CO. LTD or its affiliates which is in any way untrue or misleading;

4  h. Cease operating any website containing the domain name or name "iclebo" including
5  but not limited to < http://iclebousa.com/> and <http://iclebousa.myshopify.com.>

6

7  IT IS SO ORDERED.

8

9

10  Dated: December 30, 2014          _____
11                                    Honorable Judge S. James Otero
12                                    United States District Court – Central District of California

3
**[PROPOSED] PRELIMINARY INJUNCTION ORDER PURSUANT TO STIPULATION**