**FILED**
CLERK, U.S. DISTRICT COURT

October 28, 2015

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES

| | |
|---|---|
| YUJIN ROBOT CO., LTD., a South Korean corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SYNET ELECTRONICS, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:14-CV-06237-SJO-AS<br><br>**ORDER re: DISMISSAL OF CLAIMS AND PERMANENT INJUNCTION**<br><br>Honorable S. James Otero |
| SYNET ELECTRONICS, INC., a California Corporation,<br><br>　　　　Defendant/<br>　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>YUJIN ROBOT, INC., a California corporation,<br><br>　　　　Third-Party defendant | |

1

**[PROPOSED] ORDER**
**re: DISMISSAL OF CLAIMS AND PERMANENT INJUNCTION**

The court finds that Plaintiff YUJIN ROBOT CO., LTD. is entitled to a permanent injunction against Defendant SYNET ELECTRONICS, INC.

## ORDER

THE COURT HEREBY DISMISS the following Causes of Action:

1. 5th Cause of Action for False Designation of Origin
2. 6th Cause of Action for Common Law Trademark Infringement
3. 7th Cause of Action for Federal Trademark Dilution
4. 8th Cause of Action for Cyber Squatting
5. 9th Cause of Action for Unfair Business Practices

Further, THE COURT ORDERS the Defendant SYNET ELECTRONICS, INC., its affiliated or related corporations or entities, their officers, directors, agents, servants, and employees, and all those persons in active concert or participation with them are hereby PERMANANTLY ENJOINED from using the mark and trade name "iCLEBO," "iCLEBO usa", "Yujin Robot", or any mark or trade name similar thereto or likely to cause confusion, mistake, or deception therewith, in the sale distribution, or advertising of Yujin Robot's products including iCLEBO robots or similar merchandise or services and are enjoined specifically from the following acts:

a. Operating or doing business under the name of "iCLEBO USA" or "iCLEBO USA (SYNET)"

b. Operating or doing business under any name or in any manner that might

tend to give the general public the impression, that defendant or any business of defendant is in any way connected or affiliated with YUJIN ROBOT CO., LTD., or that defendant is or was authorized to use the iCLEBO mark or name in any respect;

c. Using any marks, name, symbol, sign or indicia, including but not limited to the YUJIN ROBOT CO. LTD'S "iCLEBO," or making any statement which suggests or tends to suggest that defendant or any business of defendant is or was in any way connected with or part of the YUJIN ROBOT CO. LTD or its affiliates;

d. Using or adopting any YUJIN ROBOT CO. LTD'S confidential and/or proprietary business information;

e. Using or adopting any, invoices, guarantees, inspection reports, or other paper or other objects on which any iCLEBO name or service mark is imprinted;

g. Making any statements or representations concerning the origin or sponsorship of defendant's goods or services or concerning defendant's relationship with YUJIN ROBOT CO. LTD or its affiliates which is in any way untrue or misleading;

h. Cease operating any website containing the domain name or name "iclebo" including but not limited to < http://iclebousa.com/> and <http://iclebousa.myshopify.com.>.

3
[PROPOSED] ORDER
re: DISMISSAL OF CLAIMS AND PERMANENT INJUNCTION

Yujin and Synet shall each bear their own costs, expenses, and attorney's fees incurred to date in connection with the above Causes of Action that were incurred during any stage of this case.

IT IS SO ORDERED.

Dated:  October 28, 2015.

*S. James Otero*

———————————————

Honorable Judge S. James Otero

United States District Court