Allan E. Perry, SBN 187568
Law Offices of Allan E. Perry
242 S. Orange Avenue
Brea, CA  92821
(714) 529-7000 (office)
(714) 529-7002 (facsimile)
Attorneys for Defendant, Counter-Claimant and
Third Party Plaintiff Synet Electronics Inc.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
March 4, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUJIN ROBOT CO, Ltd, a South Korean corporation,<br><br>                    Plaintiff,<br>     vs.<br><br>SYNET ELECTRONICS, INC., a California corporation, and DOES 1-20 inclusive,<br><br>                    Defendant.<br>_____<br>SYNET ELECTRONICS, INC., a California corporation,<br><br>          Counter-claimant and<br>          Third Party Plaintiff,<br><br>     vs.<br><br>YUJIN ROBOT INC., a Calilfornia corporation,<br><br>          Third Party Defendant. | Case No.: CV 14-06237SJO<br><br>**AMENDED JUDGMENT ON SPECIAL VERDICT** |

JUDGMENT - 1

This action came on regularly for jury trial on February 5, 2016, in Courtroom 1 of the United States District Court, the Honorable James S. Otero, presiding. Attorney Chan Y. Jeong of Jeong & Likens, L.C. represented Plaintiff and Counterclaim Defendant Yujin Robot, Inc. a South Korean Corporation (hereinafter "Yujin") Allan E. Perry of the Law Offices of Allan E. Perry represented Defendant, Counter-Claimant and Third Party Plaintiff, Synet Electronics, Inc., a California corporation (hereinafter "Synet").

A jury of eight (8) persons was impaneled and sworn. After presentation of the evidence and the argument of both counsel, and after the jury was instructed by the Court, the claims were submitted to the jury with instructions to return a special verdict. The jury deliberated and thereafter returned into Court with its special verdict consisting of questions submitted to the jury and the answers given thereto by the jury, which said verdict was in words and figures as follows, to wit:

"We, the jury, answer the questions submitted to us as follows:

1.  The Court has already determined that Synet breached a contract for sale of goods. What are Yujin's damages, if any, from Synet's failure to pay Yujin for product sold and shipped to it?

    $ __0__ .

2. Did Yujin and Synet enter into an exclusive import, distribution and Marketing contract?

Yes __X__ . No _____

If your answer is "yes" then answer question 3. If you answered "no" skip questions 3 through 7 and answer question 8.

3. Did Synet perform all, or substantially all, of the significant things that the contract required it to do?

Yes __X__ . No _____

or

Was Synet excused from having to do all, or substantially all, of the significant things that the contract required it to do?

Yes _____ No _____

If you answer to either option for question 3 is "yes" then answer question 4. If you answered "no" to both options, skip question 4 through 7 and answer question 8.

4. Did all the conditions that were required for Yujin's performance occur or were they excused?

Yes __X__ . No _____

JUDGMENT - 3

If your answer to question 4 is "yes" then answer question 5. If you answered "no" skip questions 5 through 7 and answer question 8.

5. Did Yujin fail to do something that the contract required it to do?

   Yes __X__ .        No _____

   or

   Did Yujin do something that the contract prohibited it from doing?

   Yes __X__ .        No _____

   If you answer to either option for question 5 is "yes", then answer question 6. If you answered "no' to both options, skip question 6 and 7 and answer question 8.

6. Was Synet harmed by Yujin's failure or prohibited conduct?

   Yes __X__ .        No _____

   If your answer to question 6 is "yes", then answer question 7. If you answered "no", skip question 7 and answer question 8.

7. What are Synet's contract damages?

                         $ __2,066,700.00_____ .

8. Did Yujin request, by words or conduct, that Synet perform services for the benefit of Yujin?

    Yes  X  ,      No _____

9. Did Synet perform the services as requested?

    Yes  X  .      No _____

10. Has Yujin paid Synet for the services?

    Yes _____      No  X  .

If your answer to question 10 is "yes", then answer question 11. If you answered "no", skip question 11.

11. What is the reasonable value of the services that Synet provided?

$ _____

Signed:  _Jury Foreperson_____
       Presiding Juror

Dated:  _2-12-16_

WHEREFORE, and by virtue of the law, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant/Counter-Claimant and Third Party Plaintiff, Synet Electronics, Inc., a California Corporation shall recover

JUDGMENT - 5

$2,066,700.00 as against Plaintiff and Counter-Claim Defendant, Yujin Robot Co., Ltd a South Korea corporation, together with costs pursuant to the costs memorandum. Interest shall accrue on the total judgment at an annual rate of 10% beginning on the date of the judge's signature set forth below.

IT IS SO ORDERED.

March 4, 2016

_____          _____
DATED                                            UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that on March 4, 2016, I electronically filed the above document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Allan E. Perry_____